ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 7 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED DATA SERVICE CORPORATION *
5356 N. Northwest Highway
Chicago, IL 60630 *

Plaintiff *

Vs. * CASE NO:

THE UNITED STATES OF AMERICA * 04-1751C
(US ARMY CORPS OF ENGINEERS)
*
Defendant
*
* * * * * * * * * * * *

**COMPLAINT**

COMES NOW the Plaintiff, United Data Service Corporation, by and through its attorneys Marsden, Botsaris & Seledee, P.A. and Joel D. Seledee, Esquire, and hereby sues the Defendant, The United States of America and for reasons therefore states as follows:

1. That jurisdiction in this matter is based upon 28 USC 1491.

2. That on or about October 1, 1999, Defendant United States Army Corps of Engineers (hereinafter "United States") entered into a contract (hereinafter the "Contract") with the Plaintiff, whereby the Plaintiff agreed to provide warranty and/or maintenance services on computer equipment purchased by Defendant United States.

3. That the Plaintiff performed each and every duty and/or service required and/or requested of it by the Defendant under the terms of the contract, in a reasonable and workmanlike fashion.

4. That despite its continued demand for payment of same, Defendant United States has refused to reimburse the Plaintiff for sums owed to the Plaintiff under the terms of the contract.

5. That Defendant United States' failure to reimburse the Plaintiff for all sums owed represents a material breach of the contract between the parties.

6. That due to the Defendant United States' breach of contract, the Plaintiff has suffered damages in the amount of $5,010.00.

7. That on or about July 2, 2004, Plaintiff's counsel contacted Lillian Sorenson, contracting agent for Defendant, as required by the provisions of 41 U.S.C. § 605.

8. That Defendant United States' contracting officer indicated that "this is not how the government should spend its money", and that no payment would be forthcoming.

WHEREFORE, Plaintiff prays this Court for entry of judgment against Defendant United States in the amount of $5,010.00, together with interest, attorney's fees, the cost of this matter, and any additional relief which this Court deems appropriate.

Joel D. Seledee, Esquire
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St. Suite 2300
Baltimore, MD 21201
410-783-2700
Attorney for Plaintiff

State of Illinois to wit

County/City of Cook / Chicago

I hereby certify on this 23 day of July, 2004, before me, the subscriber, a notary public in and for the county/city and state aforesaid, personally

appeared Mary Ann Gulatza (Name) a/the President (Title)

of United Data Service Corp. UDSC (Name of Company)

the Plaintiff, herein, who solemnly declares and affirms under penalties of perjury and in due form of law as follows:

1. That the Affiant is duly authorized by the Plaintiff to make this affidavit; that the Affiant is competent to testify to the matters stated herein; that the Affiant has personal knowledge of the facts stated herein and that they are true and correct.

2. That there is justly due and owing by the Defendant to the Plaintiff the sum of money set as in the foregoing complaint and/or in the document/written obligation/itemized statement of account attached hereto amounting to $ 5,010.00, with interest from 10/1/00.

3. That the Affiant as stated above being duly sworn and having authority to verify the attached complaint on behalf of the Plaintiff, states that the foregoing is a just and true statement of the amount owing by Defendant to the Plaintiff exclusive of all set-offs and just grounds of defense.

4. That said indebtedness represents merchandise sold/monies advanced/services performed by the Plaintiff to or for the defendant.

5. That the Plaintiff has not, directly or indirectly, received any part of the money or goods charged herein as due or received any security or satisfaction for which credit has not already been given.

6. That the Plaintiff keeps regular books of account and that the keeping of said books of account is in the charge of or under the supervision of the Affiant. The entries in said books of account are made in the ordinary course of business. Said entries show that the Defendant is indebted to the Plaintiff in the manner and amount herein set forth.

7. That he Defendant is not in the Military Service as defined in the Soldiers' and Sailors' Civil Relief Act of 1940 with amendments, nor has been in such service within 30 days hereof.

[signature]
AFFIANT

As Witness my hand and seal this date above written.

(SEAL)

[signature]
Notary Public

11/1/09
My Commission Expires

"OFFICIAL SEAL"
ROBERT J. KOZLOWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/1/2007

UDSC
United Data Service Corporation
5356 N. Northwest Hwy Chicago, IL 60630
Ph 800-521-5324 Fx 888-840-3655
Information Technology
Sales & Support

# Invoice

| DATE | TERMS | INVOICE # |
|---|---|---|
| 11/13/2000 | Net 30 | 2730 |

**BILL TO**

U.S. Army Corps of Engineers, NYD
Mary Stavina
26 Federal Plaza - Room 2113
New York, NY 10278 - 0090

**SERVICE LOCATION**

U.S. Army Corps of Engineers, NYD
26 Federal Plaza - Room 21072113
New York, NY 10278
Cont. # DACW51-00-P-0014

| P.O. NUMBER | AGREEMENT NO. | SERVICE | SERVICE DATE |
|---|---|---|---|
| | | MAINTENANCE | 04/01/00 to 06/30/00 |

| ITEM NO. | SERIAL NUMBER - DESCRIPTION | QTY | PRICE EA | AMOUNT |
|---|---|---|---|---|
| 0001 | MAINTENANCE AGREEMENT FOR MACINTOSH COMPUTERS FOR 1 YEAR FROM 01 OCTOBER 1999 THRU 30 SEPTEMBER 2000 | 1 | 2,505.00 | 2,505.00 |

Thank you for your business!
Please remit to above address.

Please Pay This Amount $2,505.00

SN=Serial Number
SR=Service Report

Customer's Copy

United Data Service Corporation
5356 N. Northwest Hwy Chicago, IL 60630
Ph 800-521-5324 Fx 888-840-3655

UDSC
Information Technology
Sales & Support

# Invoice

| DATE | TERMS | INVOICE # |
|---|---|---|
| 11/14/2000 | Net 30 | 2731 |

**BILL TO**

U.S. Army Corps of Engineers, NYD
Mary Stavina
26 Federal Plaza - Room 2113
New York, NY 10278 - 0090

**SERVICE LOCATION**

U.S. Army Corps of Engineers, NYD
26 Federal Plaza - Room 21072113
New York, NY 10278
Cont. # DACW51-00-P-0014

| P.O. NUMBER | AGREEMENT NO. | SERVICE | SERVICE DATE |
|---|---|---|---|
| | | MAINTENANCE | 07/01/00 to 09/30/00 |

| ITEM NO. | SERIAL NUMBER - DESCRIPTION | QTY | PRICE EA | AMOUNT |
|---|---|---|---|---|
| 0001 | MAINTENANCE AGREEMENT FOR MACINTOSH COMPUTERS FOR 1 YEAR FROM 01 OCTOBER 1999 THRU 30 SEPTEMBER 2000 | 1 | 2,505.00 | 2,505.00 |

Thank you for your business!
Please remit to above address.

Please Pay This Amount $2,505.00

SN=Serial Number
SR=Service Report

Customer's Copy