IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED DATA SERVICE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1751C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay Williams as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Attention: Classification Unit
8th Floor, 1100 L Street NW
Department of Justice
Washington D.C. 20530

Dated: December 17, 2004

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624