IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED DATA SERVICE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1751C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including March 9, 2005, within which to file its response to the complaint. Our response is currently due on February 7, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers, as required by 28 U.S.C. § 520. Agency counsel has stated that the agency is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. The agency's district counsel is currently out of the office on business related travel and must review the litigation report before the agency can send it to the undersigned. The undersigned will be out of the office on business related travel the week of January 31, 2005 to February 4, 2005. Thus, the undersigned will not receive or have an

opportunity to review the litigation report until at least, February 7, 2005. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

RITA FANG
U.S. Army Corps of Engineers
26 Federal Plaza, Room 1837
New York, NY 10278

January 27, 2005