# In the United States Court of Federal Claims

**NOTICE**

**UNITED DATA SERVICE CORP.**

**No. 04-1751 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., February 1, 2005**

To Attorney of Record, Assistant Attorney General, and Judge Lettow:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed January 27, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk