IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED DATA SERVICE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1751C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

2. Admits the allegations contained in paragraph 2 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2. Avers that the contract was awarded on September 29, 1999.

3. Denies.

4. Denies.

5. The allegations contained in paragraph 5 are conclusions of to which no answer is required; to the extent that they may be deemed allegations of fact they are denied.

6. Denies.

7. Denies. Avers Ms. Sorenson retired from the United States Corps of Engineers on December 31, 2000.

8. Denies.

9. Denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

10. Denies each and every allegation not previously admitted or otherwise qualified.

AFFIRMATIVE DEFENSES

11. Plaintiff's claims are barred, in whole or in part, by the affirmative defense of accord and satisfaction.

12. Plaintiff's claims are barred, in whole or in part, by the affirmative defense of partial payment.

13. Plaintiff's claims are barred, in whole or in part, by the affirmative defense of waiver.

WHEREFORE, defendant requests that the complaint be dismissed, that judgment be entered in favor of the defendant and such other and further relief as the Court deems just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:
RITA FANG
U.S. Army Corps of Engineers
26 Federal Plaza, Rm 1837
New York, NY 10278

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 353-7995
Fax (202) 514-8624

March 9, 2005

Attorneys for Defendant