IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED DATA SERVICE CORP. | * | |
| Plaintiff | * | |
| v. | * | Case No: 04-1751C<br>(Judge Lettow) |
| THE UNITES STATES | * | |
| Defendant | * | |

* * * * * * * * * * * *

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW the Plaintiff, United Data Service Corp., by and through its attorneys Marsden, Botsaris & Seledee, P.A. and Joel D. Seledee, Esquire, and pursuant to the provisions of Rule 41 of the Rules of Court of Federal Claims hereby moves this Court to dismiss the Plaintiff's action without prejudice, and in support thereof states as follows:

1. That Plaintiff filed this action sounding in contract on or about November 8, 2004.

2. That to date, Defendant United States has not filed an Answer to the Complaint of the Plaintiff.

3. Accordingly, under the applicable provisions of Rule 41(a)(1)(i), Plaintiff's Request for Dismissal without prejudice should be granted.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court dismiss this claim without prejudice.

/s/

Joel D. Seledee
Marsden, Botsaris & Seledee, P.A.
1 N. Charles Street - Suite 2300
Baltimore, Maryland 21201
(410) 783-2700
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 7th day of April, 2005, a copy of the foregoing PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE was mailed electronically to: Lindsay Williams, Esquire, Department of Justice, Commercial Litigation Branch, Civil Division, Attorney for Defendant.

/s/
Joel D. Seledee

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED DATA SERVICE CORP. *

Plaintiff *

v. * Case No: 04-1751C
(Judge Lettow)

THE UNITES STATES *

Defendant *
* * * * * * * * * * * *

**ORDER**

Based upon the Plaintiff's Motion to Dismiss, and the Defendant's response thereto, if any, it is this ____ day of ______________________, 2005, by the United States Court of Federal Claims hereby;

ORDERED, that the Plaintiff's Motion is hereby GRANTED, and it is further;

ORDERED, that Plaintiff's Complaint is hereby dismissed without prejudice.

____________________________
Judge

CC: Joel D. Seledee, Esquire
Marsden, Botsaris & Seledee, PA
1 N. Charles Street – Ste. 2300
Baltimore, Maryland 21201

Lindsay Williams, Esquire
Department of Justice
Commercial Litigation Branch
Civil Division

*UnitedStates.MotiontoDismiss_20402359F/llb*