IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED DATA SERVICE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1751C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Pursuant to Rule 7.2(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully responds to plaintiff's motion to dismiss its complaint filed on April 7, 2005. While plaintiff contacted the undersigned prior to filing the motion and the undersigned indicated that the Government would not oppose the motion, plaintiff did not indicate this in its motion. Additionally, plaintiff incorrectly stated that the Government had not yet filed an answer to plaintiff's complaint, when, in fact, the Government filed its answer on March 9, 2005. Defendant did not realize that plaintiff had not indicated the Government's position on the motion or that plaintiff had incorrectly stated that the Government had yet to file an answer. Accordingly, defendant did not file a response to plaintiff's motion. On May 20, 2005, the Court requested that defendant respond to plaintiff's motion. Defendant does not oppose plaintiff's motion to dismiss its complaint without prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

RITA FANG
U.S. Army Corps of Engineers
26 Federal Plaza, Room 1837
New York, NY 10278

May 23, 2005