IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1751C

(Filed: May 26, 2005)

UNITED DATA SERVICE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion to Dismiss without Prejudice, filed on April 7, 2005, and defendant's response, filed on May 23, 2005. Defendant does not oppose plaintiff's motion.

Pursuant to RCFC 41(a)(2), plaintiff's motion is **GRANTED**. The clerk shall enter judgment dismissing the complaint without prejudice. No costs.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge