# In the United States Court of Federal Claims

**No. 04-1751 C**

**UNITED DATA SERVICE CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 26, 2005, granting plaintiff's Motion to Dismiss without Prejudice of April 7, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**May 31, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.